**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Nunzio M. Terra, | : | |
| Debtor. | : | Bankruptcy No. 19-14560-MDC |

# O R D ER

**AND NOW**, on September 27, 2019, Nunzio M. Terra (the "Debtor") caused to be filed a

reaffirmation agreement with creditor Wells Fargo Bank. N.A., as trustee for Banc of America Alternative

Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 (the "Reaffirmation Agreement").[1]

**AND**, the Debtor was represented by an attorney during the course of negotiating the

Reaffirmation Agreement.

**AND**, the attorney filed a Certification that the Debtor was counseled in accordance with

11 U.S.C. §524(c)(3).

**AND**, the Debtor acknowledged in writing receipt of the disclosures described in 11 U.S.C.

§524(k) at or before the time at which the Debtor signed the Reaffirmation Agreement.

**AND**, there is no material difference between the income and expenses disclosed by the Debtor

pursuant to 11 U.S.C. §524(k)(6)(A) and the income and expenses stated on Schedules I and J.

**AND**, there is no presumption of undue hardship pursuant to 11 U.S.C. §524(m)(1).

It is hereby **ORDERED** and **DETERMINED** that:

1.      No reaffirmation hearing is necessary.  11 U.S.C. §§524(d) & (m).

2.      Court approval of the Reaffirmation Agreement is unnecessary.  11 U.S.C. §524(c)(6)(A)

(requiring court approval of Reaffirmation Agreement only upon certain conditions); 11 U.S.C.

§524(m)(2) (presumption of undue hardship does not apply to agreements where the creditor is a credit

union).

---

[1] Bankr. Docket No. 16.

Dated:  October 23, 2019

_Magdeline D. Coleman_

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Daniel P. Mudrick, Esquire
Mudrick & Zucker, PC
Building 5 West – Suite 320
325 Sentry Parkway East
Blue Bell, PA 19422

Terry P. Dershaw, Esquire
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912