**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| NUNZIO M. TERRA | : | |
| Debtor | : | NO. 19-14650MDC |
| | : | |
| | : | |
| NUNZIO M. TERRA, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | ADVERSARY NO. |
| | : | |
| DEPARTMENT OF THE TREASURY | : | |
| INTERNAL REVENUE SERVICE, | : | |
| Defendant | : | |

### *COMPLAINT TO DETERMINE DISCHARGEABILITY OF FEDERAL TAX DEBTS*

Nunzio M. Terra ("Plaintiff"), by and through counsel, Mudrick & Zucker, P.C., hereby brings this Complaint to Determine Dischargeabilty of Federal Tax Debts against the Department of the Treasury - Internal Revenue Service, pursuant to Fed.R.Bankr.P. 7001(6) and respectfully represents as follows:

### PRELIMINARY STATEMENT

1. This is an adversary proceeding brought under the Bankruptcy Code, 11 U.S.C. §1101 et seq. and Bankruptcy Rule 7001(6) seeking a determination of the dischargeability of certain tax liabilities of the Debtor.

### JURISDICTIONAL ALLEGATIONS

2. Jurisdiction of the Bankruptcy Court in this matter is provided by 28 U.S.C. §1334 and §157, as amended.

3. This action is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(I).

### PARTIES

4.	Nunzio M. Terra ("Plaintiff") is an adult individual residing at 9730 Chapel Road, Philadelphia, PA.

5.	The Defendant is the Department of the Treasury - Internal Revenue Service with an office address of P.O. Box 7346, Philadelphia, PA 19101.

6.	Terry P. Dershaw, Esquire, P.O. Box 556, Warminster, PA has been appointed Interim Chapter 7 Trustee in the Bankruptcy proceeding and has continuously served in that capacity.

## SUBSTANTIVE ALLEGATIONS

7.	On July 25, 2019, Plaintiff filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

8.	Plaintiff has outstanding tax liabilities owing to the Department of the Treasury - Internal Revenue Service for tax years 2012 through 2015.

9.	The Department of the Treasury - Internal Revenue Service has not filed a Proof of Claim in this matter.

10.	The tax liabilities for the years 2012 through 2015 are not entitled to priority under 11 U.S.C. §507(a)(8)(A).

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment in his favor and that an Order be entered identifying the tax claims of the Department of the Treasury - Internal Revenue Service for the tax years 2012 through 2015 to be non-priority claims subject to discharge and for such further relief that the Court deems fair and equitable.

MUDRICK & ZUCKER, P.C.

Dated:	10/24/2019

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Mudrick & Zucker, P.C.
325 Sentry Parkway
Building 5W – Suite 320
Blue Bell, PA 19422
(610) 832-0100
(610) 832-1057 (facsimile)
Dan@MudrickZucker.com