United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Nunzio M. Terra                                                         Case No. 19-14650-mdc
        Debtor                                                          Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Oct 23, 2019
                           Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db              +Nunzio M. Terra,    9730 Chapel Road,    Philadelphia, PA 19115-2515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 24 2019 02:59:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2019 02:59:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 24 2019 02:59:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                          TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
          DANIEL P. MUDRICK    on behalf of Debtor Nunzio M. Terra dpmudrick@verizon.net,
          G30229@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
          for Bank of America Alternative Loan Trust Et Al... bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :   Chapter 7

    Nunzio M. Terra,                      :

    Debtor.                                  :   Bankruptcy No. 19-14560-MDC

# <u>O R D E R</u>

    **AND NOW**, on September 27, 2019, Nunzio M. Terra (the "Debtor") caused to be filed a

reaffirmation agreement with creditor Wells Fargo Bank. N.A., as trustee for Banc of America Alternative

Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 (the "Reaffirmation Agreement").[1]

    **AND**, the Debtor was represented by an attorney during the course of negotiating the

Reaffirmation Agreement.

    **AND**, the attorney filed a Certification that the Debtor was counseled in accordance with

11 U.S.C. §524(c)(3).

    **AND**, the Debtor acknowledged in writing receipt of the disclosures described in 11 U.S.C.

§524(k) at or before the time at which the Debtor signed the Reaffirmation Agreement.

    **AND**, there is no material difference between the income and expenses disclosed by the Debtor

pursuant to 11 U.S.C. §524(k)(6)(A) and the income and expenses stated on Schedules I and J.

    **AND**, there is no presumption of undue hardship pursuant to 11 U.S.C. §524(m)(1).

    It is hereby **ORDERED** and **DETERMINED** that:

    1.      No reaffirmation hearing is necessary.  11 U.S.C. §§524(d) & (m).

    2.      Court approval of the Reaffirmation Agreement is unnecessary.  11 U.S.C. §524(c)(6)(A)

(requiring court approval of Reaffirmation Agreement only upon certain conditions); 11 U.S.C.

§524(m)(2) (presumption of undue hardship does not apply to agreements where the creditor is a credit

union).

---

[1] Bankr. Docket No. 16.

Dated:  October 23, 2019

_____

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Daniel P. Mudrick, Esquire
Mudrick & Zucker, PC
Building 5 West – Suite 320
325 Sentry Parkway East
Blue Bell, PA 19422

Terry P. Dershaw, Esquire
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912