United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nunzio M. Terra  
    Debtor

Case No. 19-14650-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin    Page 1 of 2    Date Rcvd: Nov 01, 2019  
                           Form ID: 318    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2019.

```
db           +Nunzio M. Terra,    9730 Chapel Road,    Philadelphia, PA 19115-2515
14362752      1101 FRANKFORD LLC,    2190 Bennett Rd,    Philadelphia, PA  19116-3022
14362753      BENT LLC,    2190 Bennett Rd,    Philadelphia, PA  19116-3022
14362754      BEST BUY/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
14362756      CANNON, DIANE CROMPTON,    1524 E Wilt St,    Philadelphia, PA  19125-2713
14362761      Fedale, Glenn,    c/o The Matlusky Firm, LLC,    1423 N Harrison St Apt 1,
               Wilmington, DE  19806-5102
14362762      GALLAGHER, WILLIAM,    8055 Moro St,    Philadelphia, PA  19136-2617
14362763      GASPARYAN, ERIC,    10115 Verree Rd Apt 2B,    Philadelphia, PA  19116-3662
14362764      IML BUILDERS LLC,    2190 Bennett Rd,    Philadelphia, PA  19116-3022
14362767      KLEHR HARRISON HARVEY BRANZBURG LLP,    1835 Market St Ste 1400,    Philadelphia, PA  19103-2945
14362768      MARINER FINANCE, LLC,    8211 Town Center Dr,    Nottingham, MD  21236-5904
14362770      MARKLEY, LORI,    1326 E Eyre St,    Philadelphia, PA  19125-3304
14362771      Mercury Card/FB&T,    1415 Warm Springs Rd,    Columbus, GA  31904-8366
14362772      NATIONSTAR MORTGAGE LLC,    8950 CYPRESS WATERS BLVD,    DALLAS, TX  75063
14362774      PORTERRA LLC,    2190 Bennett Rd,    Philadelphia, PA  19116-3022
14362775      RAIE PROFESSIONAL SERVICES LLC,    107 Cooper Landing Rd,    Cherry Hill, NJ  08002-3146
14362777      TERRA, LAURA,    2356 Packard Ave,    Huntingdon Valley, PA  19006-6419
14362778     +Viriva Community CU,    1423 Spruce St,    Philadelphia, PA 19102-4588
14374950     +Viriva Community Credit Union,    157 York Road,    Warminster, Pa 18974-4514
14362779     +WELLS FARGO DEALER SERVICES,    PO Box 10709,    Raleigh, NC 27605-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr            EDI: BTPDERSHAW.COM Nov 02 2019 07:03:00      TERRY P. DERSHAW,    Dershaw Law Offices,
               P.O. Box 556,    Warminster, PA  18974-0632
smg           E-mail/Text: megan.harper@phila.gov Nov 02 2019 03:09:02      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2019 03:09:00      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14362755      E-mail/Text: bankruptcy@bbandt.com Nov 02 2019 03:08:24      BRANCH B&T,    223 Nash St W,
               Wilson, NC  27893-3801
14362757      EDI: CAPITALONE.COM Nov 02 2019 07:03:00      CAPITAL ONE BANK USA NA,    PO Box 30281,
               Salt Lake City, UT  84130-0281
14362758      EDI: CITICORP.COM Nov 02 2019 07:03:00      CITICARDS CBNA,    PO Box 6241,
               Sioux Falls, SD  57117-6241
14362759      EDI: WFNNB.COM Nov 02 2019 07:03:00      COMENITYBANK/WAYFAIR CAR,    PO Box 182789,
               Columbus, OH  43218-2789
14362760      E-mail/PDF: creditonebknotifications@resurgent.com Nov 02 2019 03:24:40      CREDIT ONE BANK,
               PO Box 98872,    Las Vegas, NV  89193-8872
14362765      EDI: IRS.COM Nov 02 2019 07:03:00      INTERNAL REVENUE SERVICE,    PO Box 7346,
               Philadelphia, PA  19101-7346
14362766      EDI: CHASE.COM Nov 02 2019 07:03:00      JPMCB Card Services,    PO Box 15369,
               Wilmington, DE  19850-5369
14362769      E-mail/Text: GABRIEL@MARJAM.COM Nov 02 2019 03:09:28      MARJAM SUPPLY CO.,    885 Conklin St,
               Farmingdale, NY  11735-2400
14362773      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2019 03:08:27      PA DEPARTMENT OF REVENUE,
               BANKRUPTCY DIVISION,    PO Box 280946,    Harrisburg, PA  17128-0946
14366697      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2019 03:08:27
               Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA  17128-0946
14362776      EDI: SWCR.COM Nov 02 2019 07:03:00      SW CREDIT SYSTEMS L.P.,
               4120 International Pkwy Ste 1100,    Carrollton, TX  75007-1958
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: admin              Page 2 of 2             Date Rcvd: Nov 01, 2019
                              Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
          DANIEL P. MUDRICK    on behalf of Plaintiff Nunzio M. Terra dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          DANIEL P. MUDRICK    on behalf of Debtor Nunzio M. Terra dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
           for Bank of America Alternative Loan Trust Et Al... bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Nunzio M. Terra** | Social Security number or ITIN  **xxx–xx–9165** |
|   First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **19–14650–mdc** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nunzio M. Terra

10/31/19                                    **By the court:**  Magdeline D. Coleman
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**