**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   NUNZIO M. TERRA   :   CHAPTER 7
                           :   NO. 19-14650MDC

**PRAECIPE TO WITHDRAW DOCUMENT NO. 20**

Kindly withdraw the Movant's Motion to Avoid Lien of Lori Markley a/k/a Dolores Markley and Diane Crompton Cannon filed in the above-captioned matter (Docket No. 20) on October 23, 2019.

Dated: 12/19/2019

/s/ Daniel P. Mudrick
DANIEL P. MUDRICK, ESQUIRE
Attorney for Debtor
325 Sentry Parkway East
Building 5 West, Suite 320
Blue Bell, PA  19422
(610) 832-0100