# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | NUNZIO M. TERRA | : | CHAPTER 7 |
| | Debtor, | : | NO. 19-14650MDC |

## AMENDED CERTIFICATION OF SERVICE

TO THE CLERK OF THE BANKRUPTCY COURT:

I, Daniel P. Mudrick, Esquire, Attorney for the Debtor, hereby certify that a true and correct copy of the foregoing Motion to Avoid Lien of Marjam Supply Co., has been served this 19th day of December, 2019, by electronic filing and/or first class mail, postage prepaid, upon the parties listed below:

Terry P. Dershaw, Esquire
Chapter 7 Trustee
P.O. Box 556
Warminster, PA 18974-0632

Marjam Supply Co.
c/o Ms. Helen Whitney, Credit Manager
885 Conklin Street
Farmingdale, NY 11735

Dated:    12/19/19                                      /s/ Daniel P. Mudrick
                                                        Daniel P. Mudrick, Esquire
                                                        Attorney for Debtor
                                                        325 Sentry Parkway
                                                        Building 5W - Suite 320
                                                        Blue Bell, PA 19422
                                                        (610) 832-0100