# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:          NUNZIO M. TERRA           :        CHAPTER 7
                         Debtor,          :        NO. 19-14650MDC

## CERTIFICATE OF NO ANSWER OR OBJECTION

    I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9014-3(j), that:

1. Debtor's Motion to Avoid Lien of Marjam Supply Co. was filed of record with this Court on October 23, 2019;

2. Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on October 23, 2019 and December 19, 2019; and

3. As of this date, Counsel for Debtor has received no Answer or Objection from any interested party to the granting of this Motion.

Dated:     02/03/2020                    /s/ Daniel P. Mudrick
                                                                                      Daniel P. Mudrick, Esquire
                                                                                      Attorney for Debtor
                                                                                      325 Sentry Parkway
                                                                                      Building 5 West, Suite 320
                                                                                      Blue Bell, PA 19422
                                                                                      (610) 832-0100