**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:         NUNZIO M. TERRA         :         CHAPTER 7
               Debtor,                 :         NO. 19-14650MDC

**AMENDED CERTIFICATION OF SERVICE**

TO THE CLERK OF THE BANKRUPTCY COURT:

    I, Daniel P. Mudrick, Esquire, Attorney for the Debtor, hereby certify that a true and correct copy of the foregoing Motion to Avoid Lien of Klehr Harrison Harvey Branzburg & Ellers LLP, has been served this 23rd day of October, 2019, by electronic filing and/or first class mail, postage prepaid, upon the parties listed below and that he has been contacted by and discussed this Motion with Christopher Leavell, Esquire, of Klehr Harrison Harvey Branzburg & Ellers LLP subsequent to service of this Motion:

    Terry P. Dershaw, Esquire
    Chapter 7 Trustee
    P.O. Box 556
    Warminster, PA 18974-0632

    Klehr Harrison Harvey Branzburg & Ellers LLP
    1835 Market Street, Suite 1400
    Philadelphia, PA 19103

Dated:    2/03/2020               /s/ Daniel P. Mudrick
                                         Daniel P. Mudrick, Esquire
                                         Attorney for Debtor
                                         325 Sentry Parkway
                                         Building 5W- Suite 320
                                         Blue Bell, PA 19422
                                         (610) 832-0100