# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:		NUNZIO M. TERRA		:	CHAPTER 7
			Debtor,		:	NO. 19-14650MDC

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9014-3(j), that:

1.	Debtor's Motion to Avoid Lien of Klehr Harrison Harvey Branzburg & Ellers LLP was filed of record with this Court on October 23, 2019;

2.	Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on October 23, 2019; and

3.	As of this date, Counsel for Debtor has received no Answer or Objection from any interested party to the granting of this Motion.

Dated:	02/03/2020			/s/ Daniel P. Mudrick
					Daniel P. Mudrick, Esquire
					Attorney for Debtor
					325 Sentry Parkway
					Building 5 West, Suite 320
					Blue Bell, PA 19422
					(610) 832-0100