# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:        NUNZIO M. TERRA        :    CHAPTER 7
              Debtor,                :    NO. 19-14650MDC

## ORDER

AND NOW, this        day of                    , 2020, upon consideration of the within Motion to Avoid Judicial Lien of Marjam Supply Co., Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of Marjam Supply Co., on the Debtor's real property located at 9730 Chapel Road, Philadelphia, PA, arising from Philadelphia County Court of Common Pleas judgment, January Term, 2007, No. 00024, in the case captioned Marjam Supply Co. vs. Nunzio Terra, et al., is hereby avoided pursuant to 11 U.S.C. § 522(f).

_____
MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge

cc:    Debtor
       Daniel P. Mudrick, Esquire
       Marjam Supply Co.