United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nunzio M. Terra  
    Debtor

Case No. 19-14650-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Feb 06, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db     +Nunzio M. Terra,   9730 Chapel Road,   Philadelphia, PA 19115-2515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
     DANIEL P. MUDRICK   on behalf of Plaintiff Nunzio M. Terra dpmudrick@verizon.net, G30229@notify.cincompass.com
     DANIEL P. MUDRICK   on behalf of Debtor Nunzio M. Terra dpmudrick@verizon.net, G30229@notify.cincompass.com
     KEVIN G. MCDONALD   on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for Bank of America Alternative Loan Trust Et Al... bkgroup@kmllawgroup.com
     TERRY P. DERSHAW   td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    NUNZIO M. TERRA    :    CHAPTER 7
                     Debtor,    :    NO. 19-14650MDC

## ORDER

AND NOW, this 4th day of February, 2020, upon consideration of the within Motion to Avoid Judicial Lien of Marjam Supply Co., Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of Marjam Supply Co., on the Debtor's real property located at 9730 Chapel Road, Philadelphia, PA, arising from Philadelphia County Court of Common Pleas judgment, January Term, 2007, No. 00024, in the case captioned Marjam Supply Co. vs. Nunzio Terra, et al., is hereby avoided pursuant to 11 U.S.C. § 522(f).

                                                   MAGDELINE D. COLEMAN
                                                   Chief United States Bankruptcy Judge

cc:    Debtor
      Daniel P. Mudrick, Esquire
      Marjam Supply Co.