# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  NUNZIO M. TERRA  :  CHAPTER 7
        Debtor,  :  NO. 19-14650MDC

## AMENDED CERTIFICATION OF SERVICE

TO THE CLERK OF THE BANKRUPTCY COURT:

    I, Daniel P. Mudrick, Esquire, Attorney for the Debtor, hereby certify that a true and correct copy of the foregoing Motion to Avoid Lien of Klehr Harrison Harvey Branzburg & Ellers LLP, has been served this 14th day of November, 2019, by electronic filing and/or first class mail, postage prepaid, upon the parties listed below and that he has served this Motion upon Christopher Leavell, Esquire, of Klehr Harrison Harvey Branzburg & Ellers LLP, and that Christopher Levell, Esquire, is authorized to accept service of this Motion on behalf Klehr Harrison Harvey Branzburg & Ellers LLP:

    Terry P. Dershaw, Esquire
    Chapter 7 Trustee
    P.O. Box 556
    Warminster, PA 18974-0632

    Klehr Harrison Harvey Branzburg & Ellers LLP
    C/O Christopher Leavell, Esquire
    1835 Market Street, Suite 1400
    Philadelphia, PA 19103

Dated:  2/12/2020

    /s/ Daniel P. Mudrick
    Daniel P. Mudrick, Esquire
    Attorney for Debtor
    325 Sentry Parkway
    Building 5W- Suite 320
    Blue Bell, PA 19422
    (610) 832-0100