UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:        NUNZIO M. TERRA            :        CHAPTER 7
                        Debtor,          :        NO. 19-14650MDC

ORDER

AND NOW, this 26th day of February, 2020, ~~2019,~~ upon consideration of the within Motion to Avoid Judicial Lien of Klehr Harrison Harvey Branzburg & Ellers LLP, Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of Klehr Harrison Harvey Branzburg & Ellers LLP, on the Debtor's real property located at 9730 Chapel Road, Philadelphia, PA, arising from Philadelphia County Court of Common Pleas judgment, March Term, 2008, No. 03251, in the case captioned <u>Klehr Harrison Harvey Branzburg & Ellers LLP vs. Nunzio Terra, et al.</u>, is hereby avoided pursuant to 11 U.S.C. § 522(f).

_____
MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge

cc:    Debtor
       Daniel P. Mudrick, Esquire
       Klehr Harrison Harvey Branzburg & Ellers LLP