United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Nunzio M. Terra
    Debtor

Case No. 19-14650-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Feb 26, 2020
Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db     +Nunzio M. Terra,    9730 Chapel Road,    Philadelphia, PA 19115-2515
cr     +Dolores (Lori) Markley,    1326 E. Eyre Street,    Philadelphia, PA 19125-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg     E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:51    City of Philadelphia,
    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
    Philadelphia, PA 19102-1595
smg     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:23
    Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
    Harrisburg, PA 17128-0946
smg     +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2020 03:28:40    U.S. Attorney Office,
    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
    TOTAL: 3

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
      ANTHONY ST. JOSEPH    on behalf of Defendant    Internal Revenue Service
    anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
      DANIEL P. MUDRICK    on behalf of Plaintiff Nunzio M. Terra dpmudrick@verizon.net,
    G30229@notify.cincompass.com
      DANIEL P. MUDRICK    on behalf of Debtor Nunzio M. Terra dpmudrick@verizon.net,
    G30229@notify.cincompass.com
      KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
    for Bank of America Alternative Loan Trust Et Al... bkgroup@kmllawgroup.com
      TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    NUNZIO M. TERRA    :    CHAPTER 7
                Debtor,    :    NO. 19-14650MDC

## ORDER

AND NOW, this 26th day of February, 2020, upon consideration of the within Motion to Avoid Judicial Lien of Klehr Harrison Harvey Branzburg & Ellers LLP, Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of Klehr Harrison Harvey Branzburg & Ellers LLP, on the Debtor's real property located at 9730 Chapel Road, Philadelphia, PA, arising from Philadelphia County Court of Common Pleas judgment, March Term, 2008, No. 03251, in the case captioned <u>Klehr Harrison Harvey Branzburg & Ellers LLP vs. Nunzio Terra, et al.</u>, is hereby avoided pursuant to 11 U.S.C. § 522(f).

MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge

cc:    Debtor
       Daniel P. Mudrick, Esquire
       Klehr Harrison Harvey Branzburg & Ellers LLP