United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nunzio M. Terra  
    Debtor

Case No. 19-14650-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Mar 05, 2020  
                     Form ID: 195     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.  
db     +Nunzio M. Terra,    9730 Chapel Road,    Philadelphia, PA 19115-2515  
cr     +Dolores (Lori) Markley,    1326 E. Eyre Street,    Philadelphia, PA 19125-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:

       ANTHONY ST. JOSEPH    on behalf of Defendant    Internal Revenue Service anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov  
       DANIEL P. MUDRICK    on behalf of Plaintiff Nunzio M. Terra dpmudrick@verizon.net, G30229@notify.cincompass.com  
       DANIEL P. MUDRICK    on behalf of Debtor Nunzio M. Terra dpmudrick@verizon.net, G30229@notify.cincompass.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for Bank of America Alternative Loan Trust Et Al... bkgroup@kmllawgroup.com  
       TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                       TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Nunzio M. Terra  : Case No. 19–14650–mdc

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 5, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

60
Form 195